# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL GUDINO,<br><br>          Plaintiff,<br><br>     v.<br><br>DIRECT FINANCIAL SOLUTIONS, LLC,<br><br>          Defendant. | No. 1:22-cv-00352-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 13) |

On July 14, 2022, Plaintiff filed a "Notice of Voluntary With Prejudice," in which Plaintiff notifies the Court that this entire case is voluntarily dismissed with prejudice. (Doc. 13.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  **July 19, 2022**                                    /s/ *Sheila K. Oberto*
                                                                                 UNITED STATES MAGISTRATE JUDGE